UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| WILLIAM SHAW, III, ) | Civil Action No. 0:16-cv-01352-RMG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Defendant's Motion to Remand and any response thereto, the Commissioner's motion to remand (ECF No. 21) is granted.

It is ORDERED that the Commissioner's decision be reversed and the case be remanded pursuant to sentence four of § 405(g) for further administrative proceedings as set forth in the Commissioner's motion. The Clerk of Court is directed to enter a final judgment that ends the civil action.

Richard M. Gergel
United States District Judge

January 25, 2017

Charleston, South Carolina